UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Case No. 24-mj-22 (MAU) |
| LEE A. GIOBBIE, : | |
| Defendant. : | |

## ORDER

Upon consideration of Government's Consent Motion to Continue Status Hearing, it is, this 31st day of May, 2024, hereby

ORDERED, that Government's motion is GRANTED; it is further

ORDERED, that a Status Hearing shall take place on July 9, 2024, at 1:00 PM ET; and it is further

ORDERED, that in the interest of justice, and to allow the defendant to properly investigate this matter, the time between June 4, 2024 and July 9, 2024, shall be excluded under the Speedy Trial Act.

_____
G. MICHAEL HARVEY
United States Magistrate Judge